JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 481 -- In re Incident Aboard the D/B OCEAN KING on August 30, 1980

| Date | No. | Pleading Description |
|---|---|---|
| 81/08/26 | 1 | MOTION, BRIEF, SCHEDULE & CERT. OF SVC. -- Defts. Ocean Drilling & Exploration Co. and ODECO, Inc. SUGGESTED TRANSFEREE DISTRICT: E.D. Louisiana SUGGESTED TRANSFEREE JUDGE: (emh) |
| 81/09/04 | | AMENDMENT TO HEARING ORDER AND ATTACHED SCHEDULE FILED ON AUGUST 26, 1981 -- Setting Motion of Ocean Drilling & Exploration Co. and ODECO, Inc. for transfer of actions to E.D. Louisiana for Panel Hearing in Concord, New Hampshire on September 24, 1981 -- NOT. INV. JUDGES, CLERKS AND COUNSEL (cds) |
| 81/09/08 | | APPEARANCES -- Charles M. Steen, Esq. for Cities Service Co., etal.; George E. Pletcher, Esq. for Arhtur Sims; Randy J. Ungar, Esq. for Lonnie D. Bessonette, et al.; Anthony A. Dingleman, Esq. for Judy C. Snelling, et al., Brenda F. Smith, et al., Joe D. Pope, and Hattie Ann Blanco, etc.; William D. Hunter, Esq. for Clarence Bourne; ~~Kent Westmoreland, Esq. for Cities Serivce Co., et al.;~~ George A. Frilot,III, Esq. for Ocean Drilling & Exploration Co. and Odeco, Inc.; Richard N. Dicharry, Esq. for Halliburton Co.; John E. Galloway, Esq. for Dresser Industries, Inc.; John G. Torian,II,Esq. for The Analysts, Inc.; Machale A. Miller, Esq. for Schlumberger Ltd.; Edgar F. Barnett, Esq. for Byrne Directional Drilling Co., Inc.; and William A. Ransom,III,Esq. for Hydril Co. (eaf) |
| 81/09/10 | 2 | LETTER/RESPONSE -- deft. Schlumberger, LTD. (ds) |
| 81/09/10 | 3 | LETTER/RESPONSE -- pltfs. Joe Pope and Hattie Blanco. (ds) |
| ~~81/09/17~~ | | ~~HEARING APPEARANCES for hearing set for 9/24/81 Charles~~ |
| 81/09/17 | | WAIVER OF ORAL ARGUMENT -- Charles M. Steen, Esq. for Cities Service Co., et al.; John E. Galloway, Esq. for Dresser Industries, Inc.; William A. Ransom III, Esq. for Hydrill Co.; William D. Hunter, Ltd. for Clarence Bourne; George A. Frilot, III, Esq. for Ocean Drilling & Exploration Co. and ODECO, Inc.; John G. Torian, II, Esq. for The Analysts, Inc. (ds) |
| 81/09/17 | | WAIVER OF ORAL ARGUMENT -- Michale A. Miller, Esq. for Schlumberger, Ltd. (ds) |
| 81/09/28 | | WAIVER OF ORAL ARGUMENT -- Randy J. Ungar for Mrs. Lonnie D. Bessonette, etc., et al. (emh) |
| 81/10/16 | | CONSENT OF TRANSFEREE DISTRICT -- for transfer of litigation to E.D. Louisiana -- Signed by Judge Heebe (cds) |
| 81/10/16 | | TRANSFER ORDER -- Transferring A-1 and A-2 to the Eastern District of Louisiana before Judge Jack M. Gordon -- NOTIFIED INVOLVED JUDGES, CLERKS & COUNSEL (cds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 82/04/27 | | Copy of E.D. Louisiana Order of Transfer -- dated 4/19/82 and signed by Chief Judge Heebe  (cds) |
| 82/04/27 | | ORDER REASSIGNING LITIGATION to the Honorable Peter H. Beer -- Notified Involved Judges, Clerk and Counsel  (cds) |

JPML FORM 1A

JPML Form 1

Revised: 8/78

DOCKET NO. 481 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Incident Aboard the D/B OCEAN KING on August 30, 1980

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 9/24/81 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Oct. 16, 1981 | TO | Unpublished | E.D. Louisiana | ~~Jack M. Gordon~~ John M. Beer 4/27/82 | |

Special Transferee Information

DATE CLOSED: 11/9/82

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. __481__ -- In re Incident Aboard the D/B OCEAN KING on August 30, 1980

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Cities Service Co., et al. v. "OCEAN KING", et al. | S.D.Tex. Bue | H-81-22 | 10/16/81 | 81-4282-I(2) | 11/9/82 D | |
| A-2 | Arthur Sims v. Ocean Drilling & Exploration Co., et al. | E.D.Tex. Fisher | B-81-460-CA | 10/16/81 | 81-4283-I(2) | 11/9/82 D | |
| A-3 | Lonnie D. Bessonette, et al. v. Ocean Drilling & Exploration Co., et al. | E.D.La. Gordon | 80-4830-I | | | 11/9/82 D | |
| A-4 | Judy C. Snelling, et al. v. Ocean Drilling & Exploration Co., et al. | E.D.La. Gordon | 81-215-I | | | 11/9/82 D | |
| A-5 | Brenda F. Smith, et al. v. Ocean Drilling & Exploration Co., et al. | E.D.La. Gordon | 81-1525-I | | | 11/9/82 D | |
| A-6 | Joe D. Pope v. Ocean Drilling & Exploration Co., et al. | E.D.La. Gordon | 81-259-I | | | 11/9/82 D | |
| A-7 | Hattie Ann Blanco, etc. v. Ocean Drilling & Exploration Co., et al. | E.D.La. Gordon | 81-1524-I | | | 11/9/82 D | |
| A-8 | Clarence Bourne v. ODECO, Inc., et al. | E.D.La. Gordon | 81-2862-I | | | 11/9/82 D | |
| A-9 | Cities Service Co., et al. v. Ocean Drilling & Exploration Co., et al. | E.D.La. Gordon | 81-046-I | | | 11/9/82 D | |

JPML Form A

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 481 -- IN RE INCIDENT ABOARD THE D/B OCEAN KING ON AUGUST 30, 1980

---

CITIES SERVICE CO., ET AL. (A-1)
Charles M. Steen, Esq.
Liskow & Lewis
One Shell Square, 50th Floor
New Orleans, LA 70130

ARTHUR SIMS (A-2)
George E. Pletcher, Esq.
Helm, Pletcher & Hogan
2800 Two Houston Center
Houston, TX 77010-1084

LONNIE D. BESSONETTE, ET AL. (A-3)
Randy J. Ungar, Esq.
Ungar, Jacobs, Manuel & Kain
500 St. Louis Street
New Orleans, LA 70130

JUDY C. SNELLING, ET AL. (A-4)
BRENDA F. SMITH, ET AL. (A-5)
JOE D. POPE (A-6)
HATTIE ANN BLANCO, ETC. (A-7)
David L. Duplantier, Esq.
Dingleman & Duplantier
333 St. Charles Ave., Suite 1603
New Orleans, La. 70130

CLARENCE BOURNE (A-8)
William D. Hunter, Esq.
William D. Hunter, Ltd.
Post Office Box 2464
Morgan City, LA 70381-2464

CITIES SERVICE CO., ET AL. (A-9)        (*)
Kent Westmoreland, Esq.
Ross, Griggs & Harrison
2600 Two Allen Center
Houston, Texas 77002

(*) No appearance received

OCEAN DRILLING & EXPLORATION CO.
ODECO, INC.
George A. Frilot, III, Esq.
Lemle, Kelleher, Kohlmeyer & Matthews
21st Flr., 601 Poydras Street
Pan American Life Center
New Orleans, LA 70130

HALLIBURTON CO.
Richard N. Dicharry, Esq.
Phelps, Dunbar, Marks, Claverie & Sims
1300 Hibernia Bank Bldg.
New Orleans, LA 70112

DRESSER INDUSTRIES, INC.
(DRESSER MAGCOBAR, DIVISION OF)
John E. Galloway, Esq.
McGlinchey, Stafford & Mintz
Post Office Box 2000
New Orleans, LA 70176-2000

THE ANALYSTS, INC.
John G. Torian, II, Esq.
Onebane, Donohoe, Bernard, Torian,
    Diaz, McNamara & Abell
Post Office Drawer 3507
Lafayette, LA 70502

SCHLUMBERGER LTD.
(SCHLUMBERGER OFFSHORE SERVICES, DIV. OF)
Machale A. Miller, Esq.
Montgomery, Barnett, Brown & Read
806 First NBC Building
New Orleans, LA 70112

BYRNE DIRECTIONAL DRILLING CO., INC.
Edgar F. Barnett, Esq.
Post Office Drawer EE
Lake Charles, LA 70602

HYDRIL CO.
William A. Ransom, III, Esq.
Barham & Churchill
2390 Pan American Life Center
601 Poydras St.
New Orleans, LA 70130

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 481 -- In re Incident Aboard the D/B OCEAN KING on August 30, 1980

| Name of Party | Named as Party in Following Actions |
|---|---|
| OCEAN KING | A-1, 9 |
| OCEAN DRILLING AND EXPLORATION COMPANY | A-1 A-2 A-3 A-4 A-5, 6, 7, 9 |
| ODECO, INC. | A-1, 8, 9 |
| CITIES SERVICE COMPANY | A-2 A-3 A-4 A-5, 6, 7, 8 |
| GETTY OIL COMPANY | A-2 A-3 A-4 A-5, 6, 7, 8 |
| HALLIBURTON COMPANY | A-2 A-3 A-4 A-5, 6, 7, 8 |
| THE ANALYSTS, INC. OF TEXAS | A-2 A-3 A-4 A-5, 6, 7, 8 |
| SCHLUMBERGER MARINE, INC. | A-2 A-3 A-4 A-5, 6, 7, 8 |
| BYRNE DIRECTIONAL DRILLING, INC. | A-2 A-3 A-4, 6, 7, 8 |
| DRESSER MAGCOBAR div. of DRESSER INDUSTRIES, INC. | A-3 A-4 A-5, 7 |
| HYDRIL COMPANY | A-5, 7, 8 |