JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

OCT 16 1981

DOCKET NO. 481

PATRICIA D. HOWARD
CLERK OF THE PANEL

10/16/81

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE INCIDENT ABOARD THE D/B OCEAN KING ON AUGUST 30, 1980

TRANSFER ORDER

All parties to the actions listed on the attached Schedule A
either agree on the desirability of or do not oppose transfer
of the action pending in the Eastern District of Texas and
the action pending in the Southern District of Texas to the
Eastern District of Louisiana for coordinated or consolidated
pretrial proceedings with the actions pending there.  The
Panel has found upon consideration of the papers submitted[1]/
that these actions involve common questions of fact and that
transfer will serve the convenience of the parties and witnesses
and promote the just and efficient conduct of this litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C.
§1407, the actions listed on the attached Schedule A and
pending in districts other than the Eastern District of Louisiana
be, and the same hereby are, transferred to the Eastern District
of Louisiana and, with the consent of that court, assigned
to the Honorable Jack M. Gordon for coordinated or consolidated
pretrial proceedings with the actions pending in that district
and listed on Schedule A.

FOR THE PANEL:

*Andrew A. Caffrey*

Andrew A. Caffrey
Chairman

1/   The parties waived oral argument and accordingly the
question of transfer of these actions under Section 1407
was submitted on the briefs.  See Rule 14, R.P.J.P.M.L.,
89 F.R.D. 273, 283-84 (1981).

MDL-481

SCHEDULE A

Southern District of Texas

Cities Service Co., et al. v. "OCEAN KING", et al., C.A. No. H-81-22

Eastern District of Texas

Arthur Sims v. Ocean Drilling & Exploration Co., et al., C.A. No. B-81-460-CA

Eastern District of Louisiana

Lonnie D. Bessonette, et al. v. Ocean Drilling & Exploration Co., et al., C.A. No. 80-4830-I

Judy C. Snelling, et al. v. Ocean Drilling & Exploration Co., et al., C.A. No. 81-215-I

Brenda F. Smith, et al. v. Ocean Drilling & Exploration Co., et al., C.A. No. 81-1525-I

Joe D. Pope v. Ocean Drilling & Exploration Co., et al., C.A. No. 81-259-I

Hattie Ann Blanco, etc. v. Ocean Drilling & Exploration Co., et al., C.A. No. 81-1524-I

Clarence Bourne v. ODECO, Inc., et al., C.A. No. 81-2862-I

Cities Service Co., et al. v. Ocean Drilling & Exploration Co., et al., C.A. No. 81-046-I